UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>LUIS CARLOS PENA BATISTA<br>YANIRIS ALTAGRACIS HENRIQUEZ | CASE NO: 19-08210-FMD<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 61 |

On 5/30/2023, a copy of the following documents, described below,

Order dismissing ECF Docket Reference No. 61

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/30/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon M. Waage
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

```
USPS FIRST CLASS MAILING CERTIFICATE OF SERVICE
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING      ALLY BANK                                ALLY FINANCIAL
NCRS ADDRESS DOWNLOAD                   PO BOX 130424                            ACCT NO XXXXXXXX2055
CASE 19-08210-FMD                       ROSEVILLE MN 55113-0004                  ATTN BANKRUPTCY DEPT
MIDDLE DISTRICT OF FLORIDA                                                       PO BOX 380901
TUE MAY 30 12-48-18 PST 2023                                                     BLOOMINGTON  MN 55438-0901



AMERICAN EXPRESS NATIONAL BANK          AMEX                                     ATT MOBILITY II LLC
CO BECKET AND LEE LLP                   ACCT NO XXXXXXXXXXXX0223                 ATT SERVICES INC
PO BOX 3001                             CORRESPONDENCEBANKRUPTCY                 KAREN A CAVAGNARO   PARALEGAL
MALVERN  PA 19355-0701                  PO BOX 981540                            ONE ATT WAY  SUITE 3A104
                                        EL PASO  TX 79998-1540                   BEDMINSTER  NJ 07921-2693



BARCLAYS BANK DELAWARE                  BARCLAYS BANK DELAWARE                   CAPITAL ONE
ACCT NO XXXXXXXXXXX6665                 ACCT NO XXXXXXXXXXX9638                  ACCT NO XXXXXXXXXXXX1037
ATTN CORRESPONDENCE                     ATTN CORRESPONDENCE                      ATTN BANKRUPTCY
PO BOX 8801                             PO BOX 8801                              PO BOX 30285
WILMINGTON  DE 19899-8801               WILMINGTON  DE 19899-8801                SALT LAKE CITY  UT 84130-0285



CITIBANK NORTH AMERICA                  CREDIT COLLECTION SERVICES               CREDIT ONE BANK
ACCT NO XXXXXXXXXXXX3495                ACCT NO XXXX7235                         PO BOX 60500
CITIBANK CORPCENTRALIZED BANKRUPTCY     ATTN BANKRUPTCY                          CITY OF INDUSTRY  CA 91716-0500
PO BOX 790034                           725 CANTON ST
ST LOUIS  MO 63179-0034                 NORWOOD  MA 02062-2679



DEPARTMENT OF REVENUE                   I C SYSTEM INC                           INTERNAL REVENUE SERVICE
PO BOX 6668                             ACCT NO XXXX9747                         PO BOX 7346
TALLAHASSEE  FL 32314-6668              ATTN BANKRUPTCY                          PHILADELPHIA  PA 19101-7346
                                        PO BOX 64378
                                        ST PAUL  MN 55164-0378



EXCLUDE                                                                          DEBTOR
JON WAAGE                               LEE COUNTY CLERK OF COURT                LUIS CARLOS PENA BATISTA
P O BOX 25001                           1700 MONROE STREET                       212 E 12TH ST
BRADENTON  FL 34206-5001                FORT MYERS  FL 33901-3071                LEHIGH ACRES  FL 33972-7317



LVNV FUNDING  LLC                       LVNV FUNDINGRESURGENT CAPITAL            MELANIE ARCHER NEWBY
RESURGENT CAPITAL SERVICES              ACCT NO XXXXXXXXXXXX5242                 JODAT LAW GROUP PA
PO BOX 10587                            ATTN BANKRUPTCY                          521 NINTH STREET WEST
GREENVILLE  SC 29603-0587               PO BOX 10497                             BRADENTON  FL 34205-7735
                                        GREENVILLE  SC 29603-0497



MOTOLEASE                               MR COOPER                                NATIONSTAR MORTGAGE LLC DBA MR COOPER
ACCT NO XX1543                          ACCT NO XXXXX9001                        ROBERTSON  ANSCHUTZ  SCHNEID  PL
10866 WILSHIRE BLVD  STE 565            ATTN BANKRUPTCY                          6409 CONGRESS AVENUE  SUITE 100
LOS ANGELES  CA 90024-4350              8950 CYPRESS WATERS BLVD                 BOCA RATON  FL 33487-2853
                                        COPPELL  TX 75019-4620



NATIONSTAR MORTGAGE LLC DBA MR COOPER   NATIONSTAR MORTGAGE LLC DBA MR COOPER    (P)GC SERVICES LIMITED PARTNERSHIP
ATTN BANKRUPTCY DEPT                    NATHALIE RODRIGUEZ                       6330 GULFTON STREET
PO BOX 619096                           6409 CONGRESS AVE  SUITE 100             HOUSTON TX 77081-1198
DALLAS TX 75261-9096                    BOCA RATON  FL 33487-2853
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (P)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | ROBERTSON ANSCHUTZ<br>ACCT NO XXXXX9001<br>SCHNEID PL<br>6049 CONGRESS AVENUE<br>SUITE 100<br>BOCA RATON FL 33487 |
| ROUNDPOINT MORTGAGE SERVICING CORPORATIO<br>ACCT NO XXXXXXXXX6264<br>5032 PARKWAY PLAZA BLVD<br>CHARLOTTE NC 28217-1918 | SOURCE RECEIVABLES MGMT LLC<br>ACCT NO XXXX2207<br>ATTN BANKRUPTCY DEPT<br>4615 DUNDAS DR SUITE 102<br>GREENSBORO NC 27407-1761 | SUNCOAST CU<br>ACCT NO XXXXXXXX0038<br>ATTN BANKRUPTCY<br>PO BOX 11904<br>TAMPA FL 33680-1904 |
| SUNCOAST CU<br>ACCT NO XXXXXXX0100<br>ATTN BANKRUPTCY<br>PO BOX 11904<br>TAMPA FL 33680-1904 | SUNCOAST CU<br>ACCT NO XXXXXXX0101<br>ATTN BANKRUPTCY<br>PO BOX 11904<br>TAMPA FL 33680-1904 | SUNCOAST CU<br>ACCT NO XXXXXXXXXXXXX0050<br>ATTN BANKRUPTCY<br>PO BOX 11904<br>TAMPA FL 33680-1904 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE - FTM713 7~~<br>~~TIMBERLAKE ANNEX SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA FL 33602-3949~~ | USDOEGLELSI<br>ACCT NO XXXXXXXXXXXX8581<br>ATTN BANKRUPTCY<br>PO BOX 7860<br>MADISON WI 53707-7860 | YANIRIS ALTAGRACIA HENRIQUEZ<br>212 E 12TH ST<br>LEHIGH ACRES FL 33972-7317 |