# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In Re:

Case No: 2:19-bk-08210-FMD
Chapter 13

Luis Carlos Pena Batista
Yaniris Altagracia Henriquez
_____/

## REPORT OF UNCLAIMED FUNDS

Comes now, Jon M. Waage, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, he has made distribution of all monies received, and all checks issued prior to June 30, 2023, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 889081 | $14,880.38 | Luis Carlos Batista & Yaniris Henriquez<br>c/o Melanie Archer Newby, Esq.<br>521 Ninth Street West<br>Bradenton, FL 34205 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $14,880.38 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on August 8, 2023.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

Cc: Clerk, U.S. Bankruptcy Court/Court Registry